UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CRIMINAL ACTION NO. 04-11-DLB-EBA

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.            ORDER ADOPTING REPORT AND RECOMMENDATION

TOMMY J. PEASE                                                                              DEFENDANT

\*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*

This matter is before the Court on the November 14, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant Tommy J. Pease's supervised release and impose a term of imprisonment of four (4) months, with credit for time served, and three (3) years of supervised release to follow. (Doc. # 52). At the Final Revocation Hearing, conducted by Magistrate Judge Atkins on November 10, 2016, Defendant admitted to violating the terms of his supervised release (Doc. # 50), as set forth in the September 19, 2016 Violation Report. (Doc. # 49).

The Defendant having now waived his right to allocution (Doc. # 51) and his right to file objections to the R&R, this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation (Doc. # 52) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a term of **four (4) months**, with **credit for time served**, followed by **three (3) years of supervised release**; and

(5) A Judgment shall be entered concurrently herewith.

This 5th day of December, 2016.

Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\ORDERS\PikeCrim\04-11 Order Adopting R&R re SRV.wpd